IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK THELEN,

    Petitioner,

v.

JAMES N. CROSS,

    Respondent.                  No. 12-cv-80-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this Court the Report of Magistrate Judge Donald G. Wilkerson is **ADOPTED** in its entirety. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice.

**DATED:** January 7, 2014

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:  s/*Sara Jennings*
                                         **Deputy Clerk**

David R. Herndon
2014.01.07
04:57:48 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT